UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 24-685 PA (AGRx) | Date | May 17, 2024 |
|---|---|---|---|
| Title | Nnenna Iheaka, et al. v. United States | | |

Present: The Honorable **PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

| Kamilla Sali-Suleyman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS — COURT ORDER

On March 20, 2024, the Court noted that the Second Petition for Appointment of Guardian Ad Litem filed on behalf of minor plaintiffs N.W.I. and N.I. was a scanned document that was not searchable as required by Local Rule 5-4.3.1, which requires that documents filed electronically must be submitted in Portable Document Format ("PDF"), created using word-processing software, and published to PDF from the original word-processing file to permit the electronic version of the document to be searched. "PDF IMAGES CREATED BY SCANNING PAPER DOCUMENT ARE PROHIBITED." Local Rule 5-4.3.1.

The Court warned counsel for plaintiffs that any future violations of Local Rule 5-4.3.1 will result in the Court ordering the offending document to be stricken. Future violations of the Federal Rules of Civil Procedure, the Local Rules, or the Court's Orders may result in the imposition of sanctions. On April 3, 2024, the Court ordered plaintiffs counsel to show cause in writing why he should not be sanctioned in an amount up to $2,000.00 for "his repeated failures to comply with the Court's Orders." In response to that Order to Show Cause, plaintiff's counsel filed a declaration in which he stated that despite practicing law for 35 years, he has more limited experience in federal court which he admitted "leaves me lacking in federal procedure at times, as this case demonstrates." Plaintiff's counsel stated that this Court "has my full attention, and the mishaps that has [sic] occurred herein will not continue or reoccur."

Based on plaintiff's counsel's assurances that his repeated ignoring of the Court's Orders and the violations of the Local Rules would cease, the Court declined to impose sanctions at that time, and instead, on April 15, 2024, again warned counsel for plaintiffs that "any future violations of the Court's Order, the Local Rules, or the Federal Rules of Civil Procedure may result in the imposition of sanctions against plaintiffs or their counsel." Despite these repeated warnings, and the Court's clear reference to the requirements of Local Rule 5-4.3.1 in its March 20, 2024 Minute Order, plaintiffs' Fifth Petitions for Appointment of Guardian Ad Litem (Docket Nos. 47 & 48), are unsearchable scanned documents rather than published to PDF.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 24-685 PA (AGRx) | Date | May 17, 2024 |
|---|---|---|---|
| Title | Nnenna Iheaka, et al. v. United States | | |

   Plaintiffs' counsel cannot continue to ignore the Court's Orders, the Local Rules, and the Federal Rules of Civil Procedure. As the Court has already admonished plaintiffs' counsel, in its April 15, 2024 Minute Order, plaintiffs' counsel's "repeated violations of the Court's Orders, untimely filings, and violations of the Local Rules have unnecessarily taxed the Court's limited resources and threaten the timely and orderly resolution of plaintiffs' claims."

   The Court therefore orders plaintiffs' counsel to show cause in writing why he should not be sanctioned in an amount of up to $2,000.00. Plaintiffs' counsel's response to this Order to Show Cause shall be filed by no later than May 28, 2024.

   IT IS SO ORDERED.