UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NNENNA IHEAKA, individually, and as Guardian Ad Litem for minors N.W.I., and N.I., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE; and DOES 1-10, <br><br> Defendants. | No. 2:24-cv-00685-PA-AGR <br><br> **ORDER** <br><br> Hon. Percy Anderson United States District Judge |

1

1  The Court, having reviewed the parties' Stipulation of Dismissal Pursuant to Fed.
2  R. Civ. P. 41(a)(1)(A)(ii), HEREBY ORDERS that:
3       1.   This action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P.
4  41(a)(1)(A)(ii).  The parties shall bear their own costs, fees, and expenses.
5       2.   The Court retains jurisdiction to enforce Plaintiffs' obligations pursuant to
6  the Court's August 14, 2024 Order (Dkt. 66).

**IT IS SO ORDERED.**

Dated: February 04, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2